**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

CHIDI N. ANUNKA,

Plaintiff,

v.

JOAN CAMPBELL, and MINNEAPOLIS CITY COUNCIL,

Defendant.

Civil 00-1030 (JRT/FLN)

**ORDER OF REFERENCE**

---

Chidi N. Anunka, Eberson Inc., 910 Lynde Drive, P.O. Box 14597, Minneapolis, MN 55414, *pro se* plaintiff.

Scott Reeves, Assistant City Attorney, OFFICE OF THE MINEAPOLIS CITY ATTORNEY, 333 South Seventh Street, Ste 300, Minneapolis, MN 55402-2453, for defendants.

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B), **IT IS HEREBY ORDERED** that defendant's motion to dismiss under Rule 12(b)(1) and (6) [Docket No. 3] is referred to the Honorable Franklin L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Counsel for defendant is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: June 23, 2000
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

FILED JUN 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________