# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Chidi N. Anunka

Case No. Civil 00-1030 JRT/FLN

v.

**JUDGMENT IN A CIVIL CASE**

Joan Campbell and
Minneapolis City Council

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

Defendants' motion to dismiss is granted.

DATE: December 26, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

(14)