UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Chidi N. Anunka, Civil 00-1030 JRT/FLN

Plaintiff,

v. O R D E R

Joan Campbell and Minneapolis
City Council,

Defendants.

---

The above referenced case is before the undersigned Magistrate Judge on Plaintiff's "Motion requesting business loss award on Council action" [#21]. This Court issued a Report and Recommendation in October of 2000 recommending that Defendant's motion to dismiss be granted. Judge Rosenbaum affirmed that recommendation in December of 2000. The Eighth Circuit Court of Appeals affirmed Judge Rosenbaum's decision and the United States Supreme Court denied the petition for a writ of certiorari. This case has been over for many years. Therefore, IT IS HEREBY ORDERED that Plaintiff's "Motion requesting business loss award on Council action" [#21] is DENIED.

DATED: January 25, 2007.

s/ *Franklin L. Noel*
FRANKLIN L. NOEL
United States Magistrate Judge